UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1087

CATHY HANNA,

Plaintiff - Appellant,

versus

BLUE RIDGE REGIONAL JAIL AUTHORITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.   Norman K. Moon, District Judge.  (CA-03-8-6)

Submitted:  June 10, 2004          Decided:  June 16, 2004

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cathy Hanna, Appellant Pro Se. Carlene Booth Johnson, PERRY & WINDELS, Dillwyn, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cathy Hanna appeals the district court's order denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hanna v. Blue Ridge Regional Jail Auth., No. CA-03-8-6 (W.D. Va. Dec. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED